**Wells Fargo & Company (WFC)**                                    **Khosrow Ardalan**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/1/2021 | 2.694 | $37.1200 |
| Purchase | 4/16/2021 | 500 | $42.7800 |
| Purchase | 4/21/2021 | 500 | $42.7200 |
| Purchase | 5/11/2021 | 500 | $46.2000 |
| Purchase | 5/18/2021 | 1,000 | $47.4000 |
| Purchase | 6/1/2021 | 3.183 | $47.2100 |
| Purchase | 6/24/2021 | 100 | $44.4600 |
| Sale | 4/27/2021 | (500) | $44.7200 |
| Sale | 5/17/2021 | (500) | $47.2500 |
| Sale | 5/20/2021 | (100) | $45.5500 |
| Sale | 7/21/2021 | (100) | $45.9000 |
| Sale | 6/8/2022 | (500) | $44.5600 |