**KESSLER TOPAZ MELTZER**
    **& CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:    (415) 400-3001

*Counsel for SEB Investment Management AB and Lead Counsel for the Putative Class*

[*Additional counsel listed on signature page.*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, and WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, KLEBER R. SANTOS, and CARLY SANCHEZ,<br><br>Defendants. | Case No. 3:22-cv-03811-TLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE FURTHER CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DATES**<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to Northern District of California Civil Local Rule 6-2, the undersigned counsel for Lead Plaintiff SEB Investment Management AB ("Lead Plaintiff") and additional plaintiff West Palm Beach Firefighters' Pension Fund (together, "Plaintiffs") and Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez ("Defendants") in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on July 5, 2024, the Court scheduled a further case management conference for August 1, 2024 at 2pm PT, with a case management statement due by July 25, 2024 (ECF Nos. 146, 147);

WHEREAS, Lead Plaintiff's counsel has a previously-scheduled oral argument before the Honorable Judge James Donato on August 1, 2024, in the action captioned *In re SVB Financial Group Securities Litigation*, No. 3:23-cv-01097-JD (N.D. Cal), which poses a conflict with the August 1, 2024 further case management conference set in this case;

WHEREAS, the parties' counsel conferred and confirmed that they are available to attend a further case management conference on August 8, 2024;

WHEREAS, moving the August 1, 2024 further case management conference by one week to August 8, 2024, and moving the July 25, 2024 case management statement deadline such that the case management statement is due no less than seven calendar days before the further case management conference will not impact any other currently scheduled case deadlines;

NOW, THEREFORE, the parties hereby stipulate and respectfully request the Court move the currently scheduled further case management conference from August 1, 2024, at 2pm PT to August 8, 2024, at 2pm PT.

**IT IS SO STIPULATED**.

Dated: July 22, 2024                    Respectfully submitted,

**KESSLER TOPAZ MELTZER
  & CHECK, LLP**

*/S/ Sharan Nirmul*
SHARAN NIRMUL*
(snirmul@ktmc.com)
GREGORY CASTALDO*
(gcastaldo@ktmc.com)
EVAN HOEY*
(ehoey@ktmc.com)

1    Case No. 3:22-cv-03811-TLT
JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE FURTHER CASE
MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DATES

280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:  (610) 667-7056

-and-

JENNIFER L. JOOST (Bar No. 296164)[1]
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:  (415) 400-3001

*Counsel for SEB Investment Management AB and Lead Counsel for the Putative Class*

**SAXENA WHITE P.A.**
LESTER R. HOOKER (SBN 241590)
(lhooker@saxenawhite.com)
DIANNE M. PITRE (SBN 286199)
(dpitre@saxenawhite.com)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel:   (561) 394-3399
Fax:  (561) 394-3382

*Counsel for Additional Plaintiff West Palm Beach Firefighters' Pension Fund*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
ROBERT D. KLAUSNER*
(bob@robertdklausner.com)
BONNI S. JENSEN*
(bonni@robertdklausner.com)
7080 Northwest 4th Street
Plantation, FL 33317
Tel:   (954) 916-1202
Fax:  (954) 916-1232

*Board Counsel for Additional Plaintiff West Palm Beach Firefighters' Pension Fund*

DATED: July 22, 2024               **SULLIVAN & CROMWELL LLP**

/S/ Brendan P. Cullen
BRENDAN P. CULLEN (Bar No. 194057)
(cullenb@sullcrom.com)

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

SVERKER K. HOGBERG (Bar No. 244640)
(hogbergs@sullcrom.com)
550 Hamilton Avenue
Palo Alto, CA 94301
Tele:   (650) 461-5600
Fax:    (650) 461-5700

CHRISTOPHER M. VIAPIANO*
(viapianoc@sullcrom.com)
1700 New York Avenue N.W., Suite 700
Washington D.C. 20006
Tele:   (202) 856-7500
Fax:    (202) 293-6330

LEONID TRAPS*
(trapsl@sullcrom.com)
125 Broad Street
New York, NY 10004
Tele:   (212) 558-4000
Fax:    (212) 558-3588

*Counsel for Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez*

*appearance *pro hac vice*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2024

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE