**KESSLER TOPAZ MELTZER
    & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
BENNETT CHO-SMITH (Bar No. 358260)
(bcho-smith@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

*Counsel for SEB Investment Management AB and Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, and WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, KLEBER R. SANTOS, and CARLY SANCHEZ,<br><br>Defendants. | Case No. 3:22-cv-03811-TLT<br><br>**DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL**<br><br>Date:        April 29, 2025<br>Time:       2:00 p.m.<br>Location:  Ctrm. 9, 19th Floor<br>Judge:      Hon. Trina L. Thompson |

I, Stacey M. Kaplan, declare as follows:

1. I am a member of the Bar of the State of California and a partner at the law firm of Kessler Topaz Meltzer & Check, LLP, counsel of record for Court-appointed Lead Plaintiff SEB Investment Management AB ("Lead Plaintiff" or "SEB") and additional Plaintiff West Palm Beach Firefighters' Pension Fund ("WPB Fire," and together with SEB, "Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Reply in Further Support of Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel.

2. Attached hereto as **Exhibit 1** is the Expert Reply Report of Joseph R. Mason, Ph.D., dated March 14, 2025.

3. Attached hereto as **Exhibit 2** is the transcript of the February 7, 2025 deposition of Joseph R. Mason, Ph.D., dated February 7, 2025.

4. Attached hereto as **Exhibit 3** is the transcript of the March 6, 2025 deposition of Amy Hutton, Ph.D.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: March 14, 2025, at San Francisco, California.

*/s/ Stacey M. Kaplan*
Stacey M. Kaplan

KESSLER TOPAZ
 MELTZER & CHECK, LLP

*Counsel for SEB Investment Management AB and Lead Counsel for the Putative Class*