Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Fax: (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue N.W., Suite 700
Washington, DC 20006
Telephone: (202) 956-7500
Fax: (202) 956-7056

Leonid Traps (*pro hac vice*)
(trapsl@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB and WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, KLEBER R. SANTOS, and CARLY SANCHEZ,<br><br>Defendants. | Case No. 3:22-cv-03811-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Hon. Trina L. Thompson<br>Courtroom: 9<br>Date: September 9, 2025<br>Time: 2:00 p.m. |

## **[PROPOSED] ORDER**

On July 7, 2025, Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez filed a motion for summary judgment on Plaintiffs' claims for violations of the federal securities laws (the "Motion for Summary Judgment"). Having considered all of the papers filed by the parties in connection with the Motion for Summary Judgment, the papers and records on file in this action, the argument of counsel, and all other matters of which the Court may properly consider, it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED** and all claims asserted in this action are **DISMISSED WITH PREJUDICE**.

Dated: _____

The Honorable Trina L. Thompson
United State District Judge