1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  SEB INVESTMENT MANAGEMENT AB, and WEST PALM BEACH FIREFIGHTERS' | Case No. 3:22-cv-03811-TLT |
| 13  PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | |
| 14 | **NOTICE OF SETTLEMENT** |
| 15          Plaintiffs, | |
| 16      v. | |
| 17  WELLS FARGO & COMPANY, CHARLES W. SCHARF, KLEBER R. SANTOS, and CARLY | |
| 18  SANCHEZ, | |
| 19          Defendants. | |

20
21
22
23
24
25
26
27
28

1    Court-appointed Class Representatives SEB Investment Management AB and West Palm Beach

2    Firefighters' Pension Fund (together, "Class Representatives") and defendants Wells Fargo & Company,

3    Charles W. Scharf, Kleber R. Santos, and Carly Sanchez (collectively with Class Representatives, the

4    "Parties") hereby jointly provide through their undersigned counsel this Notice of Settlement.

5    The Parties have reached an agreement-in-principle that will resolve the above-captioned action

6    ("Action") in its entirety. The Parties will negotiate the terms of their agreement and document the

7    proposed settlement in a Stipulation and Agreement of Settlement ("Stipulation") and ancillary documents.

8    Class Representatives will thereafter file the Stipulation and an unopposed motion for preliminary approval

9    of the proposed settlement by October 27, 2025.

10    In light of this development, the Parties respectfully request that the Court stay all motions and

11    deadlines in the Action. The Parties believe that a stay of the proceedings is in the interest of justice and

12    will preserve party and judicial resources.

13    Dated:  September 25, 2025                Respectfully submitted,

14                                                        **KESSLER TOPAZ MELTZER**
                                                             **& CHECK, LLP**

15

16                                                        */s/ Sharan Nirmul*
                                                          SHARAN NIRMUL*[1]
                                                          (snirmul@ktmc.com)

17                                                        GREGORY CASTALDO*
                                                          (gcastaldo@ktmc.com)

18                                                        JOSHUA A. MATERESE*
                                                          (jmaterese@ktmc.com)

19                                                        EVAN R. HOEY*
                                                          (ehoey@ktmc.com)

20                                                        MARIANNE UY*
                                                          (muy@ktmc.com)

21                                                        280 King of Prussia Road
                                                          Radnor, PA 19087

22                                                        Tel:    (610) 667-7706
                                                          Fax:    (610) 667-7056

23

24                                                        -and-

25                                                        STACEY M. KAPLAN (Bar No. 241989)
                                                          (skaplan@ktmc.com)

26                                                        JENNIFER L. JOOST (Bar No. 296164)
                                                          (jjoost@ktmc.com)

27                                                        BENNETT CHO-SMITH (Bar No. 358260)

---

[1]    Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has

28    been obtained from each of the other Signatories.

(bcho-smith@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:     (415) 400-3001

*Counsel for Class Representative SEB Investment
Management AB and Class Counsel*

**SAXENA WHITE P.A.**
DAVID R. KAPLAN (SBN 230144)
(dkaplan@saxenawhite.com)
EMILY R. BISHOP (SBN 319383)
(ebishop@saxenawhite.com)
505 Lomas Santa Fe Dr.
Suite #180
Solana Beach, CA 92075
Tel:     (858) 997-0860
Fax:     (858) 369-0096

-and-

LESTER R. HOOKER (SBN 241590)
(lhooker@saxenawhite.com)
DIANNE M. PITRE (SBN 286199)
(dpitre@saxenawhite.com)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel:     (561) 394-3399
Fax:     (561) 394-3382

*Counsel for Class Representative West Palm Beach
Firefighters' Pension Fund*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
ROBERT D. KLAUSNER*
(bob@robertdklausner.com)
BONNI S. JENSEN*
(bonni@robertdklausner.com)
7080 Northwest 4th Street
Plantation, FL 33317
Tel:     (954) 916-1202
Fax:     (954) 916-1232

*Board Counsel for Class Representative West Palm Beach
Firefighters' Pension Fund*

**SULLIVAN & CROMWELL LLP**

*/s/ Brendan P. Cullen*
BRENDAN P. CULLEN (SBN 194057)
(cullenb@sullcrom.com)
SVERKER K. HOGBERG (SBN 244640)
(hogbergs@sullcrom.com)

ALEXIS C. HOLMES (SBN 321393)
(holmesa@sullcrom.com)
550 Hamilton Avenue
Palo Alto, CA 94301
Tel:    (650) 461-5600
Fax:    (650) 461-5700

-and-

CHRISTOPHER M. VIAPIANO*
(viapianoc@sullcrom.com)
1700 New York Avenue N.W., Suite 700
Washington, DC 20006
Tel:    (202) 956-7500
Fax:    (202) 956-7056

-and-

LEONID TRAPS*
(trapsl@sullcrom.com)
125 Broad Street
New York, NY 10004
Tel:    (212) 558-4000
Fax:    (212) 558-3588

*Counsel for Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez*

*appearance *pro hac vice*