**KESSLER TOPAZ MELTZER**
   **& CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:    (415) 400-3001

*Counsel for Class Representative SEB Investment Management AB and Class Counsel*

[*Additional counsel listed on signature page.*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, and WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, KLEBER R. SANTOS, and CARLY SANCHEZ,<br><br>           Defendants. | Case No. 3:22-cv-03811-TLT<br><br>**JOINT STATUS STATEMENT**<br><br>Judge: Hon. Trina L. Thompson |

Class Representatives SEB Investment Management AB and West Palm Beach Firefighters' Pension Fund (collectively, "Plaintiffs"), together with Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez (collectively, "Defendants," and together with Plaintiffs, the "Parties"), respectfully submit this Joint Status Statement pursuant to the Court's September 25, 2025 Order (Dkt. No. 250).

On September 22, 2025, the Parties accepted a mediator's recommendation to resolve the case in its entirety for a cash settlement of $85 million. The Parties notified the Court of the settlement on September 25, 2025. Dkt. No. 249. Thereafter, the Parties proceeded to negotiate the terms of the stipulation of settlement, which the Parties entered into on October 15, 2025. On October 15, 2025, Plaintiffs filed an unopposed motion for preliminary approval of the settlement and for approval of the settlement notice ("Unopposed Motion for Preliminary Approval"). Dkt. No. 254. The Court may grant the Unopposed Motion for Preliminary Approval without a hearing, but in the event the Court requires a hearing, the Parties are available to address any questions or concerns that the Court may have on October 28, 2025, which is the currently-scheduled hearing date for the pending summary judgment and *Daubert* motions. Consistent with the Court's October 8, 2025 Order (Dkt. No. 252), because the Parties have reached a settlement and Plaintiffs filed the Unopposed Motion for Preliminary Approval, the Parties respectfully submit that the Court's request for printed chambers copies of certain materials may be "set aside." *Id.* Similarly, because the Parties have reached a settlement and Plaintiffs filed the Unopposed Motion for Preliminary Approval, the Parties respectfully request that the Court continue the current hearing date for the pending summary judgment and *Daubert* motions and submit that a second day for oral argument for those motions is unnecessary.

Dated: October 16, 2025                          Respectfully submitted,

**KESSLER TOPAZ MELTZER
    & CHECK, LLP**

*/s/ Sharan Nirmul*
SHARAN NIRMUL*[1]

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

(snirmul@ktmc.com)
GREGORY CASTALDO*
(gcastaldo@ktmc.com)
JOSHUA A. MATERESE*
(jmaterese@ktmc.com)
EVAN R. HOEY*
(ehoey@ktmc.com)
MARIANNE UY*
(muy@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

   -and-

JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001

*Counsel for Class Representative SEB Investment Management AB and Class Counsel*

**SAXENA WHITE P.A.**
DAVID R. KAPLAN (SBN 230144)
(dkaplan@saxenawhite.com)
EMILY R. BISHOP (SBN 319383)
(ebishop@saxenawhite.com)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075

   -and-

LESTER R. HOOKER (SBN 241590)
(lhooker@saxenawhite.com)
DIANNE M. PITRE (SBN 286199)
(dpitre@saxenawhite.com)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel:   (561) 394-3399
Fax:   (561) 394-3382

*Counsel for Class Representative West Palm Beach Firefighters' Pension Fund*

|  |  |
|---|---|
|  | **KLAUSNER KAUFMAN JENSEN & LEVINSON**<br>ROBERT D. KLAUSNER*<br>(bob@robertdklausner.com)<br>BONNI S. JENSEN*<br>(bonni@robertdklausner.com)<br>7080 Northwest 4th Street<br>Plantation, FL 33317<br>Tel:   (954) 916-1202<br>Fax:  (954) 916-1232<br><br>*Board Counsel for Class Representative West Palm Beach Firefighters' Pension Fund*<br><br>*appearance pro hac vice* |
| DATED: October 16, 2025 | **SULLIVAN & CROMWELL LLP**<br><br>*/s/ Brendan P. Cullen*<br>BRENDAN P. CULLEN (Bar No. 194057)<br>(cullenb@sullcrom.com)<br>SVERKER K. HOGBERG (Bar No. 244640)<br>(hogbergs@sullcrom.com)<br>550 Hamilton Avenue<br>Palo Alto, CA 94301<br>Tele:  (650) 461-5600<br>Fax:   (650) 461-5700<br><br>CHRISTOPHER M. VIAPIANO (*pro hac vice*)<br>(viapianoc@sullcrom.com)<br>1700 New York Avenue N.W., Suite 700<br>Washington, D.C.  20006<br>Tele:  (202) 856-7500<br>Fax:   (202) 293-6330<br><br>LEONID TRAPS (*pro hac vice*)<br>(trapsl@sullcrom.com)<br>125 Broad Street<br>New York, NY 10004<br>Tele:  (212) 558-4000<br>Fax:   (212) 558-3588<br><br>*Counsel for Defendants Wells Fargo & Company, Charles W. Scharf, Kleber R. Santos, and Carly Sanchez* |